It is error for the justice to hold any intercourse with the jury at their room, without the consent of the parties:

As going into the room and hearing certain questions asked him, though he do not answer them:

Or sending a paper to the jury, though his return do not state what it was.

## BENSON and FERGUSON *against* CLARK and CLARK.

ON certiorari to a Justice's Court. One of the errors relied upon was, that in the Court below, after the jury had retired, the Justice, at their request, went into the room with them, without the consent of the parties; that the jurors put certain questions to him, which he did not answer, but retired. Soon after, the jurors sent the Constable for a certain paper, which the Justice sent to them. But his return did not state what paper it was.

*J. C. Morris*, for the plaintiff in error.

*S. Starkweather*, contra.

*Curia.* Both these acts were irregular. The Justice had no right to have any intercourse with the jury, without consent of the parties; and though he states, that he did not answer their questions, the practice may lead to great abuse, if tolerated. The observations of the Court in *Taylor* v. *Betsford*, (13 *John.* 487) are strictly applicable. It is unnecessary, therefore, to consider the other errors assigned.

Judgment reversed.